# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD E. PHILIPPI, JR., | |
| Petitioner, | 3:11-cv-00447-HDM-VPC |
| vs. | ORDER |
| WARDEN PALMER, *et al.,* | |
| Respondents. | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se.* On September 16, 2011 and on October 21, 2011, petitioner filed motions for an extension of time to file his response to the motion to dismiss the petition. (ECF Nos. 16 and 17) Good cause appearing, the motions are **GRANTED.** Petitioner is granted to and including November 21, 2011, to file his response.

Dated, this 27th day of October, 2011.

_____
UNITED STATES CHIEF DISTRICT JUDGE